# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 12-0835

| | | |
|---|---|---|
| **UNITED BUSINESS SERVICES, L.P.** | | |
| **v.** | | |
| **BANKCARD PROCESSING** | | |
| **INTERNATIONAL, L.L.C.,** | § | |
| **MERCHANT PROCESSING, INC.,** | § | **Harris County,** |
| **OLLIE S. ACKLEY, JEFF MAINE,** | § | |
| **KENNETH MAINE, DIVERSIFIED** | § | **1st District.** |
| **CHECK SOLUTIONS, L.L.C.,** | § | |
| **DIVERSIFIED PAYMENT** | § | |
| **SOLUTIONS, L.L.C., ACHECK21,** | § | |
| **L.L.C. AND JEANINNE** | | |
| **MCCONNELL** | | |

**June 12, 2015**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, UNITED BUSINESS SERVICES, L.P., pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 24th day of July, 2015.



Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk